```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
In re:                                                      Case No. 17-01910-RNO
Terry J Robinson                                            Chapter 13
Sharon C Robinson
        Debtors                  CERTIFICATE OF NOTICE
District/off: 0314-1        User: MMchugh              Page 1 of 1             Date Rcvd: Jun 12, 2017
                            Form ID: ntcnfhrg          Total Noticed: 15


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 14, 2017.
db/jdb         +Terry J Robinson,    Sharon C Robinson,    3784 Montour Street,    Harrisburg, PA 17111-1937
4918945        +CAPITAL ONE BANK,    HAYT HAYT & LANDAU LLC,    TWO INDUSTRIAL WAY WEST,
                 EATONTOWN, NJ 07724-2265
4918946         CHASE MORTGAGE,    PO BOX 9001123,    LOUISVILLE, KY 40290-1123
4918947        +COLUMBUS B&T ASPIRE CARD,    JEFFERSON CAPITAL SYSTEMS INC,    16 McLELAND RD,
                 ST CLOUD, MN 56303-2198
4918948         COMENITY CAPITAL BANK,    ARS NATIONAL SVCES INC,    PO BOX 469046,    ESCONDIDO, CA 92046-9046
4918949        +PENN WASTE INC,    PO BOX 3066,    85 BRICKYARD ROAD,    YORK, PA 17402-0066
4918950        +PP&L ELECTRIC UTILITIES,    2 NORTH 9TH ST RPC-GENN1,    ALLENTOWN, PA 18101-1139
4919537        +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
4918951         QVC INC,    JH PORTFOLIO/SENTRY CRDT INC,    PO BOX 12070,    EVERETT, WA 98206-2070
4918953         SWATARA TOWNSHIP AUTHORITY,    599 EISENHOWER BLVD,    PO BOX 4920,    HARRISBURG, PA 17111-0920

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
4932271        +E-mail/Text: bncmail@w-legal.com Jun 12 2017 19:08:51     COMENITY CAPITAL BANK,
                 C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
4929632        +E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 12 2017 19:08:44
                 Pennsylvania Department of Revenue,    Bankruptcy Division PO BOX 280946,
                 Harrisburg, PA 17128-0946
4918952         E-mail/PDF: RACBANKRUPTCY@BBANDT.COM Jun 12 2017 19:00:23     REGIONAL ACCEPTANCE CORP,
                 PO BOX 277760,    SACRAMENTO, CA 95827-7760
4923157         E-mail/PDF: RACBANKRUPTCY@BBANDT.COM Jun 12 2017 19:00:23     Regional Acceptance Corporation,
                 PO Box 1847,    Wilson, NC 27894-1847
4918954         E-mail/Text: bkrcy@ugi.com Jun 12 2017 19:09:08     UGI UTILITIES INC,    PO BOX 15523,
                 WILMINGTON, DE 19886-5523
                                                                                              TOTAL: 5

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
4922712         UGI Utilities Inc PO Box 13009 Reading PA 19612
cr*            +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTALS: 1, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 14, 2017                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 12, 2017 at the address(es) listed below:
          Charles E. Petrie    on behalf of Joint Debtor Sharon C Robinson petriebkcy@aol.com
          Charles E. Petrie    on behalf of Debtor Terry J Robinson petriebkcy@aol.com
          Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
          James Warmbrodt    on behalf of Creditor   JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
           bkgroup@kmllawgroup.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                              TOTAL: 5
```

ntcnfhrg (04/17)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

Terry J Robinson
Sharon C Robinson

Debtor(s)

Chapter 13

Case No. 1:17−bk−01910−RNO

# Notice

The confirmation hearing has been scheduled for the Debtor and Joint Debtor on the date indicated below.

A deadline of **July 12, 2017** has been set for objections to confirmation of the Plan. Any objections to confirmation of the Plan will be heard at this hearing. Counsel should be prepared to proceed with said hearing on any unresolved objections to the plan at this time.

| | |
|---|---|
| United States Bankruptcy Court Ronald Reagan Federal Building, Bankruptcy Courtroom (3rd Floor), Third & Walnut Streets, Harrisburg, PA 17101 | Date: July 27, 2017<br>Time: 10:00 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>Ronald Reagan Federal Building<br>PO Box 908<br>Harrisburg, PA 17108<br>(717) 901−2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: MMchugh, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: June 12, 2017 |