UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:  TERRY J. ROBINSON and          :  CHAPTER 13
        SHARON C. ROBINSON            :
            Debtor(s)                  :
                                       :
        CHARLES J. DEHART, III         :
        STANDING CHAPTER 13 TRUSTEE    :
                                       :
            vs.                        :
                                       :
        TERRY J. ROBINSON and          :
        SHARON C. ROBINSON            :
            Respondent(s)              :  CASE NO.   1-17-bk-01910


TRUSTEE'S OBJECTION TO CHAPTER 13 PLAN


        AND NOW, this   8th   day of June, 2017, comes Charles J. DeHart, III, Standing
Chapter 13 Trustee, and objects to the confirmation of the above-referenced debtor(s)' plan for
the following reason(s):

        1.   Debtor(s)' plan violates 11 U.S.C. Sec. 1322(a)(1) in that the debtor(s) has not
submitted all or such portion of the disposable income to the Trustee as required

        2.   The Trustee avers that debtor(s)' plan is not feasible based upon the
following:

            a.   The plan is underfunded relative to claims to be paid – 100% plan.

        WHEREFORE, Trustee alleges and avers that debtor(s) plan is nonconfirmable
and therefore Trustee prays that this Honorable Court will:

            a.   Deny confirmation of debtor(s) plan.
            b.   Dismiss or convert debtor(s) case.
            c.   Provide such other relief as is equitable and just.

                    Respectfully submitted:



                    /s/Charles J. DeHart, III
                    Standing Chapter 13 Trustee
                    8125 Adams Drive, Suite A
                    Hummelstown, PA 17036
                    (717) 566-6097

<u>CERTIFICATE OF SERVICE</u>

AND NOW, this   26th   day of June, 2017, I hereby certify that I have served the within Objection by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Harrisburg, Pennsylvania, postage prepaid, first class mail, addressed to the following:

Charles Petrie, Esquire
3528 Brisban Street
Harrisburg, PA   17111

/s/Deborah A. Behney
Office of Charles J. DeHart, III
Standing Chapter 13 Trustee