UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER XIII |
| | : | |
| TERRY J. ROBINSON | : | |
| SHARON C. ROBINSON | : | 17-01910 |
|     Debtor(s) | : | |

_____

| | | |
|---|---|---|
| REGIONAL ACCEPTANCE | : | |
| CORPORATION | : | |
|     Movant | : | |
| | : | |
|     vs. | : | |
| | : | |
| TERRY J. ROBINSON | : | |
| SHARON C. ROBINSON, | : | |
|     Debtor(s)/Respondent(s) | : | |
| CHARLES J. DEHART, III, | : | |
| ESQUIRE, TRUSTEE | : | |
|     Trustee/Respondent | : | |

## ANSWER TO MOTION FOR RELIEF

NOW COME the Debtors, TERRY J. ROBINSON and SHARON C. ROBINSON, by and through their attorney, Charles E. Petrie, and respectfully answers as follows:

1. Admitted.

2. Admitted.

3. Admitted.

4. Admitted.

5. Admitted.

6. Admitted.

7. Admitted.

8. Admitted.

9. Denied. The information set forth in this paragraph is in the sole possession of the Movant and is therefore denied.

Case 1:17-bk-01910-RNO    Doc 38    Filed 12/15/17    Entered 12/15/17 14:56:19    Desc
Main Document     Page 1 of 3

10. Denied. The information set forth in this paragraph is in the sole possession of the Movant and is therefore denied.

11. Denied. Debtors have made or will make all payments required under the Mortgage.

12. No responsive pleading required.

WHEREFORE, Debtors respectfully request that Your Honorable Court dismiss Movant's Motion for Relief.

/s/ Charles E. Petrie
CHARLES E. PETRIE
3528 Brisban Street
Harrisburg, Pennsylvania 17111
(717) 561-1939
Attorney for Debtors

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER XIII |
| | : | |
| TERRY J. ROBINSON | : | |
| SHARON C. ROBINSON | : | 17-01910 |
| Debtor(s) | : | |

_____

| | | |
|---|---|---|
| REGIONAL ACCEPTANCE | : | |
| CORPORATION | : | |
| Movant | : | |
| | : | |
| vs. | : | |
| | : | |
| TERRY J. ROBINSON | : | |
| SHARON C. ROBINSON, | : | |
| Debtor(s)/Respondent(s) | : | |
| CHARLES J. DEHART, III, | : | |
| ESQUIRE, TRUSTEE | : | |
| Trustee/Respondent | : | |

## **CERTIFICATE OF SERVICE**

I, CHARLES E. PETRIE, ESQUIRE, do hereby certify that on this date, I served a true and correct copy of the within Answer, in the above-captioned matter upon the following individual(s), by United States first-class mail, postage prepaid, or by electronic means, addressed as follows:

BERNSTEIN-BURKLEY, P.C.
ALLISON L. CARR ESQUIRE
707 GRANT STREET SUITE 2200 GULF TOWER
PITTSBURGH, PA 15219

CHARLES J. DEHART III ESQUIRE TRUSTEE
8125 ADAMS DRIVE SUITE A
HUMMELSTOWN, PA 17036

DATE: 12/15/2017 /s/ Charles E. Petrie
CHARLES E. PETRIE
3528 Brisban Street
Harrisburg, PA 17111
(717) 561-1939
Attorney for Debtors
ID# 29029