LOCAL BANKRUPTCY FORM 9019-1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**IN RE:**

TERRY J. ROBINSON and
SHARON C ROBINSON

CHAPTER __13__

CASE NO. _1_ - _17_ -bk- _01910-RN_

**Debtor(s)**
REGIONAL ACCEPTANCE CORPORATION

ADVERSARY NO. __-__-ap-_____
(if applicable)

**Plaintiff(s)/Movant(s)**
vs.
TERRY J. ROBINSON and
SHARON C ROBINSON and
CHARLES J. DEHART, III, Trustee,

Nature of Proceeding: Hearing

Pleading: Motion for Relief from Stay

**Defendant(s)/Respondent(s)**

Document #: 36

## REQUEST TO REMOVE FROM THE HEARING/TRIAL LIST*

**CHECK ONE:**

[ ] The undersigned hereby withdraws the above identified pleading with the consent of the opposition, if any.

[✓] The undersigned counsel certifies as follows:

(1) A settlement has been reached which will be reduced to writing, executed and filed within (please check only one).
    [✓] Thirty (30) days.
    [ ] Forty-five (45) days.
    [ ] Sixty (60) days.

(2) If a stipulation is not filed or a hearing requested within the above-stated time frame, the Court may dismiss the matter without further notice.

(3) Contemporaneous with the filing of this request, the undersigned has served a copy of this request upon all counsel participating in this proceeding.

Dated: 01/24/2018

_____
Attorney for Regional Acceptance Corporation

*No alterations or interlineations of this document are permitted. This request must be filed twenty-four (24) hours prior to the hearing.