In re:                                                    Case No. 17-01910-RNO
Terry J Robinson                                          Chapter 13
Sharon C Robinson
        Debtors                    **CERTIFICATE OF NOTICE**

District/off: 0314-1          User: MMchugh          Page 1 of 2          Date Rcvd: Aug 16, 2018
                              Form ID: ordsmiss      Total Noticed: 25

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 18, 2018.
db/jdb        +Terry J Robinson,    Sharon C Robinson,    3784 Montour Street,    Harrisburg, PA 17111-1937
4918945       +CAPITAL ONE BANK,    HAYT HAYT & LANDAU LLC,    TWO INDUSTRIAL WAY WEST,
               EATONTOWN, NJ 07724-2265
4918946        CHASE MORTGAGE,    PO BOX 9001123,    LOUISVILLE, KY 40290-1123
4918947       +COLUMBUS B&T ASPIRE CARD,    JEFFERSON CAPITAL SYSTEMS INC,    16 McLELAND RD,
               ST CLOUD, MN 56303-2198
4918948        COMENITY CAPITAL BANK,    ARS NATIONAL SVCES INC,    PO BOX 469046,    ESCONDIDO, CA 92046-9046
4958062       +JPMorgan Chase Bank, National Association,    c/o Chase Records Center,
               Attn: Correspondence Mail,    Mail Code LA4-5555,    700 Kansas Lane,    Monroe, LA 71203-4774
4918949       +PENN WASTE INC,    PO BOX 3066,    85 BRICKYARD ROAD,    YORK, PA 17402-0066
4918950       +PP&L ELECTRIC UTILITIES,    2 NORTH 9TH ST RPC-GENN1,    ALLENTOWN, PA 18101-1139
4958699       +PPL Electric Utilities,    827 Hausman Road,    Allentown, PA 18104-9392
4918951        QVC INC,    JH PORTFOLIO/SENTRY CRDT INC,    PO BOX 12070,    EVERETT, WA 98206-2070
4918953        SWATARA TOWNSHIP AUTHORITY,    599 EISENHOWER BLVD,    PO BOX 4920,    HARRISBURG, PA 17111-0920
4938247       +Swatara Township Authority,    PO Box 4920,    Harrisburg PA 17111-0920

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
4932271       +E-mail/Text: bncmail@w-legal.com Aug 16 2018 19:25:24      COMENITY CAPITAL BANK,
               C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
4944495        EDI: CAPITALONE.COM Aug 16 2018 23:18:00      Capital One Bank (USA), N.A.,    PO Box 71083,
               Charlotte, NC  28272-1083
4960810       +E-mail/Text: bankruptcy@cavps.com Aug 16 2018 19:25:26      Cavalry SPV I, LLC,
               500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
4961790        EDI: DIRECTV.COM Aug 16 2018 23:19:00      Directv, LLC,    by American InfoSource LP as agent,
               PO Box 5008,    Carol Stream, IL  60197-5008
4960850        EDI: JEFFERSONCAP.COM Aug 16 2018 23:18:00      Jefferson Capital Systems LLC,    Po Box 7999,
               Saint Cloud Mn 56302-9617
4942561        EDI: RESURGENT.COM Aug 16 2018 23:18:00      LVNV Funding, LLC its successors and assigns as,
               assignee of FNBM, LLC,    Resurgent Capital Services,    PO Box 10587,
               Greenville, SC 29603-0587
4942183        EDI: RESURGENT.COM Aug 16 2018 23:18:00      LVNV Funding, LLC its successors and assigns as,
               assignee of Bluestem Brands, Inc.,    Resurgent Capital Services,    PO Box 10587,
               Greenville, SC 29603-0587
4965032        EDI: PRA.COM Aug 16 2018 23:18:00      Portfolio Recovery Associates, LLC,    POB 12914,
               Norfolk VA 23541
4919537       +EDI: PRA.COM Aug 16 2018 23:18:00      PRA Receivables Management, LLC,    PO Box 41021,
               Norfolk, VA 23541-1021
4929632       +E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 16 2018 19:25:14
               Pennsylvania Department of Revenue,    Bankruptcy Division PO BOX 280946,
               Harrisburg, PA 17128-0946
4918952        E-mail/PDF: RACBANKRUPTCY@BBANDT.COM Aug 16 2018 19:26:21      REGIONAL ACCEPTANCE CORP,
               PO BOX 277760,    SACRAMENTO, CA 95827-7760
4923157        E-mail/PDF: RACBANKRUPTCY@BBANDT.COM Aug 16 2018 19:26:21      Regional Acceptance Corporation,
               PO Box 1847,    Wilson, NC 27894-1847
4918954        E-mail/Text: bkrcy@ugi.com Aug 16 2018 19:25:39      UGI UTILITIES INC,    PO BOX 15523,
               WILMINGTON, DE 19886-5523
                                                                                TOTAL: 13

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
4922712        UGI Utilities Inc PO Box 13009 Reading PA 19612
cr*           +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                TOTALS: 1, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 18, 2018                          Signature:  /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 16, 2018 at the address(es) listed below:
      Allison L. Carr    on behalf of Creditor    Regional Acceptance Corporation acarr@tuckerlaw.com,
       agilbert@tuckerlaw.com
      Charles E. Petrie    on behalf of Debtor 2 Sharon C Robinson petriebkcy@aol.com
      Charles E. Petrie    on behalf of Debtor 1 Terry J Robinson petriebkcy@aol.com
      Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com,   TWecf@pamd13trustee.com
      James  Warmbrodt    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
       bkgroup@kmllawgroup.com
      United States Trustee    ustpregion03.ha.ecf@usdoj.gov

                                                         TOTAL: 6

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Terry J Robinson,

**Debtor 1**

Sharon C Robinson,

**Debtor 2**

Chapter      13

Case No.      1:17–bk–01910–RNO

### Order

Upon consideration of the Motion to dismiss the case, and having afforded notice and an opportunity for hearing,

**ORDERED** that the case is hereby dismissed as to both Debtors.

**Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation pursuant to LR 2016–2(h).**

Dated: August 16, 2018

By the Court,

Honorable Robert N. Opel, II
United States Bankruptcy Judge
By: MMchugh, Deputy Clerk

ordsmiss (05/18)